UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

JONATHAN HOLBROOK,

    Plaintiff,

v.

NAVIENT SOLUTIONS, LLC

    Defendant.

Case No.: 1:19-cv-00381 (CMH/MSN)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Jonathan Holbrook and Defendant Navient Solutions, LLC ("NSL") hereby stipulate to dismiss the above-captioned case with prejudice and to allow NSL to file this pleading.

The parties also stipulate to allow the Magistrate Judge assigned to this matter to retain jurisdiction over this case for the limited purpose of enforcing the parties' settlement agreement.

Dated: September 5, 2019

NAVIENT SOLUTIONS, LLC
By Counsel

**s/ Kang He**
Richard D. Holzheimer, Jr. (VSB No. 40803)
Kang He (VSB No. 89237)
**McGuireWoods LLP**
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102
Telephone: (703) 712-5000
Facsimile: (703) 712-5050
rholzheimer@mcguirewoods.com
khe@mcguirewoods.com

**JONATHAN HOLBROOK**
Pro Se

*[signature]*

1425 17th Street, N.W.
Apartment #102
Washington, D.C. 20036
Jonathan.holbrook@gmail.com
(202) 596-5620
1425 17th Street NW
Apartment #102
Washington, DC 20036
Jonathan.holbrook@gmail.com
(202) 596-5620

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 5, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and sent a copy of the foregoing to the following via electronic mail:

Jonathan Holbrook
1425 17th Street NW
Apartment #102
Washington, DC 20036
Jonathan.holbrook@gmail.com

                                              **s/ Kang He**
                                              Kang He

117485002_1